1  James C. Ashworth, State Bar No. 151272
   jim@theashworthlawoffice.com
2  THE ASHWORTH LAW OFFICE
   1105 Kennedy Place, Suite 8
3  Davis, CA 95616
   Telephone: (530) 574-1130
4  Facsimile: (530) 564-4987

5  Attorneys for Plaintiff
   MAIRA MANGUIA

6

   Dave Carothers, State Bar No. 125536
7  dcarothers@cdflaborlaw.com
   Nancy N. Lubrano, State Bar No. 263037
8  nlubrano@cdflaborlaw.com
   Joel Van Parys, State Bar No. 227387
9  jvanparys@cdflaborlaw.com
   CAROTHERS DISANTE & FREUDENBERGER LLP
10 900 University Avenue
   Suite 200
11 Sacramento, California 95825
   Telephone: (916) 361-0991
12 Facsimile: (916) 570-1958

13 Attorneys for Defendant
   JACK-IN-THE-BOX, INC.
14

15
                     **UNITED STATES DISTRICT COURT**
16
                     **EASTERN DISTRICT OF CALIFORNIA**
17

18 | MAIRA MUNGUIA, | ) Case No. 2:16-cv-02648-TLN-DB |
   |                | ) |
19 |       Plaintiff, | ) **ORDER AND STIPULATION TO** |
   |       vs.       | ) **EXTEND TIME TO RESPOND TO THE** |
   |                | ) **COMPLAINT** |
20 | JACK-IN-THE-BOX, INC., | ) |
   |                | ) Action Filed: November 6, 2016 |
21 |       Defendant. | ) |
   |                | ) |

22

23

24

25

26

27

28

1   WHEREAS, on November 6, 2016 Plaintiff Maira Munguia ("Plaintiff") filed a complaint
2 against defendant Jack-In-The-Box ("Defendant") entitled *Maira Munguia v. Jack-In-The-Box,*
3 Case No. 2:16-at-01367 (hereinafter the "Complaint") (collectively, Plaintiff and Defendant
4 hereinafter shall be referred to as, the "Parties");

5   WHEREAS, on December 9, 2016, Defendant was served with the Complaint via personal
6 service;

7   WHEREAS, Defendant is appearing specially for the sole purpose of taking part in this
8 Stipulation and request to the Court to extend the time for Defendant to answer or otherwise
9 respond to the Complaint;

10   WHEREAS, Defendant Jack-In-The-Box contends Plaintiff entered into a Dispute
11 Resolution Agreement with Defendant wherein she agreed to arbitrate her alleged claims and
12 Defendant will request that Plaintiff stipulate to arbitrate her claims;

13   WHEREAS, Defendant has not waived its right to enforce arbitration by entering into this
14 stipulation;

15   WHEREAS, the Parties to the above-captioned action ***have agreed***, in order to discuss
16 arbitration, that the responsive deadline shall be extended by 28 days from December 30, 2016.
17 Accordingly, Defendant shall have until January 27. 2017, to answer or otherwise respond to the
18 Complaint.

19   THEREFORE, in accordance with the Parties' agreement and pursuant to Local Rule
20 144(a), Plaintiff and Defendant respectfully request that this Honorable Court grant leave for
21 Defendant's time to answer or otherwise respond to the Complaint, including a motion to compel
22 arbitration to be extended to January 27, 2017.

23

24 Dated:  December 29, 2016          THE ASHWORTH LAW OFFICE

25

26                  By: */s/ James C. Ashworth* (as authorized on 12/29/16)
                          James C. Ashworth
27                  Attorneys for Plaintiff
                    MAIRA MUNGUIA
28

1   ORDER AND STIPULATION TO EXTEND TIME
                                          TO RESPOND TO THE COMPLAINT

1160629.1

Dated:  December 29, 2016          CAROTHERS DISANTE & FREUDENBERGER LLP
                                     Dave Carothers


                                   By: /s/ Joel Van Parys
                                        Joel Van Parys
                                   Attorneys for Defendant
                                   JACK-IN-THE-BOX, INC.

IT IS SO ORDERED


Dated:  December 29, 2016

                                   _____
                                   Troy L. Nunley
                                   United States District Judge

2

1160629.1